BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**PAMELA PAASO**
Assistant United States Attorney
pamela.paaso@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, OR 97401-2708
Telephone: (541) 465-6771
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:20-cr-00258-MO |
| v. | **NOTICE OF WITHDRAWAL OF ASSISTANT UNITED STATES ATTORNEY** |
| **CAMERON KNUTSON,** | |
| **Defendant.** | |

Please be advised that Assistant United States Attorney Pamela Paaso withdraws as attorney of record in the above entitled case.

Dated: July 30, 2020

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

/s/ *Pamela Paaso*
PAMELA PAASO
Assistant United States Attorney