Lisa J. Ludwig, OSB #953387
Attorney at Law
333 SW Taylor St. Suite 300
Portland, Oregon 97204
Tel: (503) 223-5570 / Fax: (503) 217-5510
Lisa@L2R2Law.com

CJA Panel Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff,  )<br>  )<br> vs.  )<br>  )<br> CAMERON KNUTSON,  )<br>  )<br>  Defendant.  )<br>  ) | No. 3:20-cr-00258-MO<br><br>**DECLARATION IN SUPPORT OF MOTION TO CONTINUE TRIAL DATE AND WAIVER OF SPEEDY TRIAL** |

I, Lisa J. Ludwig, declare the following to be true to the best of my knowledge:

1. On September 18, 2020, I was appointed pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, as substitute counsel, relieving Assistant Federal Public Defender Francesca Freccero for Cameron Knutson, in this prosecution;

2. I make this Declaration in support of the attached Unopposed Motion to Continue Trial Date and Waiver of Speedy Trial;

3. Mr. Knutson is charged with one count of Failing to Obey a Lawful Order, in violation of Title 40 United States Code, Section 1315 and 41 Code of Federal Regulations, Section 102-74.385, a class C misdemeanor;

4. Mr. Knutson is currently out custody pending a resolution of this matter;

5. A continuance of the current trial date for approximately 60 days is necessary to provide the defense with adequate time to complete discovery review; to conduct independent investigation, including witness interviews and document retrieval; to prepare for trial; and otherwise complete preparations for Mr. Knutson's defense;

6. This is the third motion to reset the trial date filed in this case on behalf of current counsel;

7. Mr. Knutson consents to the proposed continuance and agrees that the period of time between the current and next scheduled trial date will be excluded from any Speedy Trial Act calculations;

8. I declare that the above statements are true to the best of my knowledge and belief, and that I understand they are made for use as evidence in court and are subject to penalty for perjury, in accordance with ORCP 1E.

RESPECTFULLY SUBMITTED this 17th day of March 2021.

*/s/ Lisa J. Ludwig*
Lisa J. Ludwig, OSB #953387